**No. 11-6478. Inara Cedrins, Petitioner v. Executive Committee of the United States District Court for the Northern District of Illinois.**

565 U.S. 1041, 132 S. Ct. 605, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8253, ■

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6480. Rolon Lamarr Morris, II, Petitioner v. Tom Carey, Warden, et al.**

565 U.S. 1041, 132 S. Ct. 589, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8093.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 634.

**No. 11-6531. Inara Cedrins, Petitioner v. United States Citizenship and Immigration Services.**

565 U.S. 1041, 132 S. Ct. 590, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8115, ■

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6538. Orlando Cruz, Petitioner v. James McGrady, Superintendent, State Correctional Institution at Retreat, et al.**

565 U.S. 1041, 132 S. Ct. 590, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8234.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6548. Randall S. Jones, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1041, 132 S. Ct. 590, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8124.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 644 F.3d 1206.

**No. 11-6554. David Derringer, Petitioner v. Frances Elaine Baxter, et al.**

565 U.S. 1041, 132 S. Ct. 591, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8139, ■

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

**No. 11-6571. Delma Borbon, Petitioner v. Dawn Davison, Warden.**

565 U.S. 1041, 132 S. Ct. 605, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8133.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6577. Ronald Dean Lancaster, Petitioner v. Alfred Bigelow, Warden, et al.**

565 U.S. 1041, 132 S. Ct. 591, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8153, ■

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 435 Fed. Appx. 773.